IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00273-MEH

JULIA HECK,

    Plaintiff,

v.

XG PLATINUM,

    Defendant.

## ORDER CLOSING CASE

Before the Court is a Notice of Dismissal with Prejudice [filed March 27, 2017; ECF No. 7]. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court finds the Notice and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear her or its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 28th day of March, 2017.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge